UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pharoah Thomas,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  2:20-cv-09830-MCS-AGR<br><br>**ORDER ON STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (ECF No. 38)** |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

　　　IT IS SO ORDERED.

DATE: March 18, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. MARK C. SCARSI
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE